IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ASHLEY T. MENG, | ) |
| Plaintiff, | ) |
| v. | ) 6: 10-cv-6416-TC |
| DUTRA GROUP, | ) ORDER |
| Defendant. | ) |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on April 19, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant's motion for partial summary judgment (#27) is denied.

DATED this 21st day of May, 2012.

_____
Michael E. Hogan
United States District Judge

2   - ORDER